AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

FILED
MAR 29 2010
U.S. DISTRICT COURT
ELKINS WV 26241

UNITED STATES OF AMERICA
v.
VICTOR SELF

Judgment in a Criminal Case
(For **Revocation** of Probation or Supervised Release)

Case No. 2:04CR5

USM No. 04777-087

Katy Cimino
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  Mandatory Condition 2  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Committed crime by illegally possessing controlled substance | 01/05/2010 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s) Mandatory 3 and is discharged as to such violation(s) condition.
Stan. 5,7,8,9

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 0132

Defendant's Year of Birth: 1980

City and State of Defendant's Residence:
Moorefield, West Virginia

03/26/2010
Date of Imposition of Judgment

*Robert E Maxwell*
Signature of Judge

Robert E. Maxwell        U.S. District Judge
Name and Title of Judge

*March 29, 2010*
Date

DEFENDANT: VICTOR SELF
CASE NUMBER: 2:04CR5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

Thirteen (13) Months with no supervised release to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that the Defendant receive credit for time served awaiting disposition of the instant matter. The Court recommends that the Defendant participate in any substance abuse counseling for which he qualifies, as determined by the BOP.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL